NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AMY J. KATZ,                                    )
                                               )
                    Appellant,                  )
                                               )
v.                                              )        Case No. 2D19-1360
                                               )
KENNETH H. KATZ,                                )
                                               )
                    Appellee.                   )
                                               )
_____             )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota County;
Thomas W. Krug, Judge.

Chris W. Altenbernd of Banker Lopez
Gassler P.A., Tampa; and Michael L.
Lundy, Martin G. Deptula, Jr., and Eric R.
Maier of Older, Lundy & Alvarez, Tampa,
for Appellant.

Mark A. Sessums and Lauren E. Jensen of
Sessums Law Group, P.A., Tampa; and
Steven L. Brannock and Douglas A.
Wallace of Brannock & Humphries, Tampa,
for Appellee.

PER CURIAM.


                    Affirmed.



LaROSE, BLACK, and ATKINSON, JJ., Concur.